UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE PEREZ, ALFREDO SANTOS,
and DOUGLAS RICHEY, on behalf of
themselves and all others similarly situated,           Case No.: 6:17-cv-1092-Orl-41GJK

      Plaintiffs,

v.

OWL, INC.,

      Defendant.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, JOSE PEREZ, ALFREDO SANTOS, and DOUGLAS RICHEY, by and through undersigned counsel, pursuant to this Court's Interested Persons Order and Corporate Disclosure, do hereby disclose the following:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1. Egan, Lev, Lindstrom & Siwica, P.A.

    2. Joseph Egan

    3. Tobe Lev

    4. Eric Lindstrom

    5. Richard Siwica

    6. Lichten & Liss-Riordan, P.C.

    7. Shannon Liss-Riordan

    8. Benjamim J. Weber

9.  Jose Perez

10. Alfredo Santos

11. Douglas Richey

12. Owl, Inc.

13. Laster B. Walker

14. All other similarly situated current and former drivers who have worked for Defendant Owl, Inc.

15. United States Department of Labor

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

I do hereby certify thereto.

**Respectfully submitted, June 30, 2017**.

/s/ Eric Lindstrom
Joseph Egan, Esquire
FL Bar No. 180102
Eric Lindstrom, Esquire
FL Bar No. 104778

Egan, Lev, Lindstrom & Siwica, P.A.<br>
Post Office Box 2231<br>
Orlando, FL 32802<br>
Telephone: (407) 422-1400<br>
jegan@eganlev.com<br>
elindstrom@eganlev.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2017, this document was electronically filed with the Clerk of the Court by using the ECF system and was sent by electronic mail to: Shannon Liss-Riordan and Benjamin J. Weber.

Respectfully submitted by:

/s/ Eric Lindstrom
Joseph Egan, Esquire
FL Bar No. 180102
Eric Lindstrom, Esquire
FL Bar No. 104778
Egan, Lev, Lindstrom & Siwica, P.A.
Post Office Box 2231
Orlando, FL 32802
Telephone: (407) 422-1400
jegan@eganlev.com
elindstrom@eganlev.com