6:17 - CV 1092 - ORL -41 - GJK

# UNITED STATES DISTRICT COURT
## FOR THE
## Middle District of Florida

# PROOF OF SERVICE

Jose Perez, et als,
    Plaintiff

Civil Action No:   6:17 - CV 1092 - ORL -41 - GJK

v.

Owl, Inc  dba Owl Inc Transportation,
    Defendant(s)

This Summons for **Owl Inc. Transportation** was received by me on **06/20/2017 04:30 PM**.

I served the **Summons in a Civil Action, Civil Cover Sheet, Class and Collective Action Complaint and Document 1-1 through Document 6 inclusive** upon **Laster B. Walker**, **Registered Agent and President** who is designated by law to accept service of process on behalf of **Owl Inc. Transportation at 87 Coles Court Saint Johns,FL   32259** on **07/08/2017 08:42 AM**

Description:  Laster B. Walker is described to the best of deponents ability as a 35-48  year old black male, 5'9-5'11", 180 lbs. with black hair and having a goatee and mustache.

Additional information regarding attempted service, etc:  6/21/2017 3:20 PM. The address provided is a gated residence with call box.  I could not gain entry.  Service was attempted at 2512 Tuscan Oaks Lane, Jacksonville, Fl 32223, the purported business address, but it was a vacant home that had been used for a rental.  I attempted service again at the residence of the RA.  He was leaving the premises in a golf cart and had just opened the gate, and I was able to effect service.

Fees:  My fees are $ 40.00 for travel and $ 80.00 for services, (for service at two addresses)  for a total of $ 120.00

### DECLARATION OF SERVER

    I declare under penalty of perjury that I am not a party to the above entitled action and that the foregoing is true and correct.

Executed on:  _July 8, 2017_

_Velious C Pope_
Velious C. Pope, Process Server

Pope Process & Legal Support
450 State Road 13 N Ste 106
Saint Johns,  FL 32259
Phone: 904.891.3900

Requested by:  Joseph Egan, Eric Lindstrom
Egan, Lev, Lindstrom & Siwica PO Box 2231  Orlando, FL. 32802  Phone: 407-422-1400

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOSE PEREZ, ALFREDO SANTOS, and DOUGLAS RICHEY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>OWL, INC. d/b/a OWL INC. TRANSPORTATION,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  6:17-cv-1092-Orl-41-GJK<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OWL INC. TRANSPORTATION
c/o LASTER B WALKER
87 COLES COURT
ST. JOHNS, FL 32259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSEPH EGAN
EGAN, LEV, LINDSTROM & SIWICA, P.A.
231 E COLONIAL DR.
ORLANDO, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/15/2017                                          *Signature of Clerk or Deputy Clerk*