# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE PEREZ, ALFREDO SANTOS, and
DOUGLAS RICHEY, on behalf of themselves
and others similarly situated,

                    **Plaintiffs,**

-vs-                                          Case No.  6:17-cv-1092-Orl-41GJK

OWL, INC.,

                    **Defendant.**

## ORDER

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR CONTINUANCE OF DUTY TO MEET AND CONFER TO DISCUSS SETTLEMENT** (Doc. No. 57) |
| **FILED:** | **October 17, 2017** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On October 17, 2017, the parties filed a "Joint Motion for Continuance of Duty to Meet and Confer to Discuss Settlement" (the "Motion"). Doc. No. 57. The parties ask that the Court continue the October 17, 2017 deadline set forth in the FLSA Scheduling Order (Doc. No. 25) for the parties to meet and confer regarding settlement until after the Court rules on Plaintiffs' Motion for Issuance of Notice Pursuant to § 216(b) of the FLSA and the opt-in period has closed. Doc. No. 57 at 2. The parties assert that "discussion of settlement at this time would not be productive because they do not know which drivers will ultimately be part of the case." *Id.*

The parties do not show good cause for continuation of the deadline set forth in the FLSA Scheduling Order. Plaintiffs filed Notices of Opt-In Consent Forms for over ten opt-in plaintiffs. Doc. Nos. 26, 28, 30, 33, 42. Answers to the Court's interrogatories were filed on behalf of twenty of the Plaintiffs and opt-in plaintiffs on October 3, 2017, Doc. No. 50, and answers for an additional five opt-in plaintiffs were filed on October 6, 2017, Doc. No. 53. The parties have sufficient information to engage in productive settlement negotiations at this time.

Accordingly, it is **ORDERED** as follows:

1.  The Motion (Doc. No. 57) is **DENIED**; and

2.  Counsel for the parties shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs, on or before October 26, 2017.

**DONE** and **ORDERED** at Orlando, Florida, on October 18, 2017.

_____

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

2