UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSE PEREZ, ALFREDO SANTOS and DOUGLAS RICHEY,**

      **Plaintiffs,**

v.                                                      Case No:  6:17-cv-1092-Orl-41GJK

**OWL, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Renewed Motion for Issuance of Notice ("Motion," Doc. 90) and Defendant's Response (Doc. 94) thereto. For the reasons set forth below, the Motion will be granted.

After Plaintiffs filed their first Motion for Issuance of Notice (Doc. 29), United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 78), analyzing whether Plaintiffs' FLSA claims should be conditionally certified as a collective action. The only reservation Judge Kelly had with regard to certification was that the proposed class included both hourly and salaried employees. Otherwise, Judge Kelly concluded that certification would be proper. The Court agreed and permitted Plaintiff to propose two subclasses. Plaintiff has now done so.

In its Response, Defendant merely rehashes the arguments it made previously, which were rejected by Judge Kelly and this Court. For the reasons stated in the Report and Recommendation, as adopted previously by this Court, and because Plaintiff has cured the previous deficiencies in the class definition, it is **ORDERED** and **ADJUDGED** as follows:

    1. Plaintiffs' Renewed Motion for Issuance of Notice (Doc. 90) is **GRANTED**.

2. The following collective subclasses are conditionally certified:

    a. Road Supervisors: Drivers employed by Owl, Inc. since June 15, 2014, who have been labeled as "road supervisors" and paid on a salary basis.

    b. Hourly Drivers: Drivers employed by Owl, Inc. since June 15, 2014, who have been paid on an hourly basis.

3. **On or before April 8, 2019**, Plaintiffs shall issue notice to potential plaintiffs by first-class mail and by electronic mail, informing them of their right to opt in to this case in the form of the proposed Notice and Opt-In Consent Form attached to Plaintiff's motion (Doc. Nos. 90-1 & 90-2).

4. The opt-in period shall be ninety days from the first issuance of the notice.

5. Within forty-five days of the first issuance of the notice, Plaintiffs are authorized to send a reminder to all potential plaintiffs who received notice but have not yet responded by first-class mail and electronic mail.

6. **On or before March 25, 2019**, Defendant shall produce to Plaintiffs a list of all drivers who worked more than forty hours a week without receiving overtime pay since June 15, 2014, including their names, last known mailing addresses, last known telephone numbers, email addresses, work locations, and dates of employment.

7. Plaintiffs' Unopposed Motion for Leave to File a Reply (Doc. 96) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record