UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE PEREZ, ALFREDO SANTOS, and
DOUGLAS RICHEY, on behalf of
themselves and others similarly situated,

                Plaintiffs,

-vs-                                                Case No. 6:17-cv-1092-CEM-GJK

OWL, INC.,

                Defendant.
_____

ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** PLAINTIFFS' ASSENTED-TO MOTION FOR APPROVAL OF THE SETTLEMENT AND ENTRY OF FINAL JUDG[E]MENT (Doc. No. 183)
>
> **FILED:** October 13, 2021
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On October 13, 2021, Plaintiffs filed a motion for approval of the settlement agreement (the "Motion"). Doc. No. 183. The settlement agreement is attached to the Motion but is unsigned. Doc. No. 183-1 at 10-11. In the Motion, Plaintiffs acknowledge that the agreement is unsigned, but state that they "anticipate filing

a signed agreement with the Court early next week." Doc. No. 183 at 3 n.1.

On October 25, 2021, the Court entered an Order directing Plaintiffs to file a signed settlement agreement or show cause why the Motion should not be denied by November 1, 2021. Doc. No. 184. On November 1, 2021, Plaintiffs filed an unopposed motion for an extension of time of two days to file a signed settlement agreement. Doc. No. 185. On November 3, 2021, the Court granted the extension of time. Doc. No. 186. To date, a signed settlement agreement has not been filed.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 183) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on November 16, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record