UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSE PEREZ, ALFREDO SANTOS and DOUGLAS RICHEY,**

        Plaintiffs,

v.	Case No. 6:17-cv-1092-CEM-DAB

**OWL, INC.,**

        Defendant.
_____/

### ORDER

THIS CAUSE is before the Court on Plaintiff's Second Assented-To Motion for Settlement Approval (Doc. 212). The United States Magistrate Judge issued a Report and Recommendation (Doc. 216), recommending that the Motion be granted in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of No Objection (Doc. 217), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 216) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Second Assented-To Motion for Settlement Approval (Doc. 212) is **GRANTED in part**.

3. The procedure, form, and content the "Notice of Collective Action Settlement" (Doc. 212-2 at 2) shall be **REVISED** so that the description of the split as two-thirds (or 66.7%) for wages and one-third (or 33.3%) for liquidated damages in the Notice.

4. The parties shall adhere to the deadlines set forth in the Second Motion for Approval (Doc. 212) and the Settlement Agreement (Doc. 188-1).

5. The Clerk is directed to enter final judgment in favor of Plaintiffs Jose Perez, Alfredo Santos, and Douglas Richey, on behalf of themselves and all others similarly situated, on Count I of the Complaint against Owl, Inc. in the amount of $350,000.

6. In the event that the Eleventh Circuit affirms the rulings in this case, the settlement funds will be distributed as set forth in Plaintiffs' Second Motion For Approval of the Settlement (Doc. 212), the Settlement Agreement (Doc. 188-1), and the Addendum (Doc. 212-1).

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2022.



Copies furnished to:

Counsel of Record